The People of the State of Illinois, Plaintiffs-Appellees, v. Lendell D. Gersbacher, Defendant-Appellant.

Gen. No. 68–9.

Fifth District.
November 13, 1968.

Demetri Hassakis, of Mt. Vernon, for appellant; Frank H. Walker, State's Attorney, of Mt. Vernon, for appellees. **Not to be published in full.**